UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATSY PALMER

VERSUS

WAL-MART STORES, INC.

CIVIL ACTION

NO. 09-225-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Motion to Remand[1] filed by plaintiff, Patsy Palmer, shall be GRANTED IN PART, in that this suit shall be REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for further proceedings, and DENIED IN PART, in that plaintiff should not receive an award of the reasonable attorney's fees and expenses that she incurred in bringing her motion to remand.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 15, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 4.

Doc#46204